IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO. 1:21CR25 |
| | § | HON. MARCIA CRONE |
| CARLOS JOSE QUIROGA-GARZA | § | |

**NOTICE OF PLEA AGREEMENT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Carlos Jose Quiroga-Garza, Defendant in the above-entitled and numbered cause, and files this Notice of Plea Agreement and would show as follows:

**I.**

This case is currently set for Final Pre-Trial Conference on December 6, 2021, with Jury Selection and Trial to begin thereafter. The deadline for notifying the Court of any plea agreement is November 8, 2021.

**II.**

Defendant Quiroga-Garza and the Government have reached an agreement to dispose of this matter without the necessity of a trial. Defendant Quiroga-Garza signed the appropriate documents on November 3, 2021, and will provide them to the Government for signature.

Respectfully Submitted,

/s/ *David W. Barlow*
DAVID W. BARLOW
Texas State Bar No. 00793305
Assistant Federal Defender
Federal Defender's Office
510 Park St., Suite 450
Beaumont, TX  77701
Phone: (409) 839-2608
Facsimile (409) 839-2610
David_Barlow@fd.org

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing instrument has been served on all counsel of record via electronic filing, on this 3rd day of November, 2021.

/s/ *David W. Barlow*
DAVID W. BARLOW